Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−22877−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kevin Kronseder
   52 Frank Applegate Road
   Jackson, NJ 08527

Social Security No.:
   xxx−xx−1030

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 5/19/20 at 09:00 AM

to consider and act upon the following:

33 − Creditor's Certification of Default (related document:31 Order on Motion For Relief From Co−Debtor Stay, Order on Motion For Relief From Stay) filed by Gavin Stewart on behalf of Specialized Loan Servicing, LLC, as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset−Backed Certificates, Series 2006. Objection deadline is 04/17/2020. (Attachments: # 1 Certification Regarding Post−Petition Payment History # 2 Order Curing Post−Petition Arrears and Resolving MFR # 3 Proposed Order # 4 Certificate of Service) (Stewart, Gavin)

Dated: 4/20/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court