Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                          Case No.: 19−22877−MBK
                          Chapter: 13
                          Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kevin Kronseder
   52 Frank Applegate Road
   Jackson, NJ 08527

Social Security No.:
   xxx−xx−1030

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 5/19/20 at 09:00 AM

to consider and act upon the following:

*33* − Creditor's Certification of Default (related document:31 Order on Motion For Relief From Co−Debtor Stay, Order on Motion For Relief From Stay) filed by Gavin Stewart on behalf of Specialized Loan Servicing, LLC, as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset−Backed Certificates, Series 2006. Objection deadline is 04/17/2020. (Attachments: # 1 Certification Regarding Post−Petition Payment History # 2 Order Curing Post−Petition Arrears and Resolving MFR # 3 Proposed Order # 4 Certificate of Service) (Stewart, Gavin)

Dated: 4/20/20

                                                      Jeanne Naughton
                                                      Clerk, U.S. Bankruptcy Court

```
                         United States Bankruptcy Court
                              District of New Jersey
```

```
In re:                                                      Case No. 19-22877-MBK
Kevin Kronseder                                             Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Apr 20, 2020
                              Form ID: ntchrgbk        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 22, 2020.
db             +Kevin Kronseder,    52 Frank Applegate Road,    Jackson, NJ 08527-2454

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 20, 2020 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York
               et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Gavin Stewart    on behalf of Creditor    Specialized Loan Servicing, LLC, as servicer for The
               Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the
               CWABS, Inc., Asset-Backed Certificates, Series 2006 bk@stewartlegalgroup.com
              James J. Cerbone    on behalf of Debtor Kevin  Kronseder cerbonelawfirm@aol.com,
               cerbonejr83307@notify.bestcase.com
              Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York
               et al... rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6