| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Creditor*<br><br>In re:<br><br>Kevin Kronseder<br>                                                    Debtor. | Order Filed on June 30, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br><br>Chapter: 13<br><br>Case No.: 19-22877-MBK<br><br>Hearing Date: May 19, 2020<br><br>Judge Michael B. Kaplan |

**CONSENT ORDER RESOLVING CERTIFICATION OF DEFAULT**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: June 30, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor: Kevin Kronseder
Case No.: 19-22877-MBK
Caption of Order: **CONSENT ORDER RESOLVING CERTIFICATION OF DEFAULT**

THIS MATTER having been opened to the Court upon the Certification of Default ("COD") filed by Specialized Loan Servicing, LLC, as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-13 ("Creditor"), and whereas the Debtor and Creditor seek to resolve the COD, it is hereby stipulated and agreed to that:

1. As of May 26, 2020, the total post-petition arrearage on the underlying loan secured by the mortgage on the following property, **52 Frank Applegate Rd Jackson, NJ 08527-2454** ("Property"), was $**5,944.08**.

2. The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Movant's interest in the Property provided that the Debtor complies with the following:

   a. On or before July 31, 2020, cure the entire post-petition arrearage amount by paying the same directly to Creditor;

   b. Resume making the ongoing contractual payments due to Creditor as each becomes due, beginning with the June 1, 2020 payment; and

   c. Remain current on all post-petition payment obligations, as well as all payments being paid through the Chapter 13 Plan.

3. All payments due hereunder shall be sent directly to Creditor at the following address: **Specialized Loan Servicing LLC, P.O. Box 636007, Littleton Colorado, 80163**.

4. The Debtor will be in default under the Consent Order in the event that the Debtor fails to comply with the payment terms and conditions set forth in above Paragraphs and/or if the Debtor fails to make any payment due to Creditor under the Chapter 13 Plan.

5.  If the Debtor fails to cure the default within seventy-two (72) hours after Creditor provides Debtor, Debtor's counsel or an agent of Debtor's counsel, with telephonic or written notice of the failure to make the payment due, Creditor may submit a proposed order lifting the automatic stay imposed under 11 U.S.C. § 362(a) and permitting Movant to exercise any rights under the loan documents with respect to the Property.

**STIPULATED AND AGREED**:

| | |
|---|---|
| */s/Tammy White* | */s/Gavin N. Stewart* |
| Tammy White, Esq. | Gavin N. Stewart, Esq. |
| Cerbone Law Firm | Stewart Legal Group, P.L. |
| 2430 Highway 34, Building B, Suite 22 | 401 East Jackson Street, Suite 2340 |
| Wall, NJ 08734 | Tampa, FL 33602 |