UNITED STATES BANKRUPTCY COURT

District of New Jersey

Albert Russo

CN 4853

Trenton, NJ    08650

(609) 587-6888

Standing Chapter 13 Trustee

**Order Filed on September 15, 2020**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In re:

Kevin Kronseder

Case No.: 19-22877 / MBK

Hearing Date: 09/15/2020

Judge: Michael B. Kaplan

Chapter:  13

Debtor(s)

## ORDER REGARDING CHAPTER 13 STANDING
## TRUSTEE'S MOTION TO DISMISS OR
## CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED**.

**DATED: September 15, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having come before the Court on the Standing Trustee's Motion to Dismiss or an objection to the Trustee's Certification of Default, and good cause having been shown, it is

**ORDERED** that case is allowed to continue under Chapter 13 upon the following terms and conditions:

• $16,396.69 paid to date

• Debtor(s) shall remit $1,750.00 per month to the Trustee for 45 months beginning 10/1/2020

• If the Debtor(s) fail to make regular plan payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payments, with Notice of the Certification to the Debtor(s) and the Debtor(s) attorney, if any, the within case shall be dismissed.

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 19-22877-MBK
Kevin Kronseder                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Sep 17, 2020
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2020.
db             +Kevin Kronseder,    52 Frank Applegate Road,    Jackson, NJ 08527-2454

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2020

Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2020 at the address(es) listed below:
        Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
        Albert   Russo    docs@russotrustee.com
        Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York
        et al... dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Gavin   Stewart    on behalf of Creditor    Specialized Loan Servicing, LLC, as servicer for The
        Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the
        CWABS, Inc., Asset-Backed Certificates, Series 2006 bk@stewartlegalgroup.com
        James J. Cerbone    on behalf of Debtor Kevin   Kronseder cerbonelawfirm@aol.com,
        cerbonejr83307@notify.bestcase.com
        Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York
        et al... rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                      TOTAL: 7