| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Secured Creditor* | Order Filed on December 7, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Kevin Kronseder<br>                                       Debtor. | Chapter: 13<br><br>Case No.: 19-22877-MBK<br><br>Judge Michael B. Kaplan |

## ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 7, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of Specialized Loan Servicing LLC as servicing agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-13 ("movant"), under Bankruptcy Code section 362(d) for relief from the automatic stay and section 1301 for relief from the co-debtor stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay and co-debtor stay are vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

X Real property more fully described as:

ALL that certain lot, parcel or tract of land, situate and lying in the Township of Jackson, County of Ocean and State of New Jersey being more particularly described as follows:

BEGINNING at a concrete monument in the westerly line of Frank Applegate Road where the same is intersected by the common line dividing Lots 21.01 and 21.02, said point also being the northeasterly corner of Lot 21.02 lands n/f Gary and Joyce Nokes (Deed Book 3544 Page 732) and thence;

(1) North 72 degrees 03 minutes 56 seconds West, 518.76 feet to a point and thence;

(2) North 16 degrees 30 minute 00 seconds East, 119.05 feet to a concrete monument and thence;

(3) South 82 degrees 00 minutes 00 seconds East, 486.15 feet to a point in the westerly line of Frank Applegate Road and thence;

(4) Along the same South 06 degrees 00 minutes 00 seconds West, 207.36 feet to the point or place of BEGINNING.

**AKA 52 Frank Applegate Road, Jackson, NJ 08527-2454**

It is further **ORDERED** that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or

purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev.11/14/18*