UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with
D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L.**
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Secured Creditor*

In re:

Kevin Kronseder

                                    Debtor.

**Order Filed on December 7, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Chapter: 13

Case No.: 19-22877-MBK

Judge Michael B. Kaplan

## ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 7, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of Specialized Loan Servicing LLC as servicing agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-13 ("movant"), under Bankruptcy Code section 362(d) for relief from the automatic stay and section 1301 for relief from the co-debtor stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay and co-debtor stay are vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

X Real property more fully described as:

ALL that certain lot, parcel or tract of land, situate and lying in the Township of Jackson, County of Ocean and State of New Jersey being more particularly described as follows:

BEGINNING at a concrete monument in the westerly line of Frank Applegate Road where the same is intersected by the common line dividing Lots 21.01 and 21.02, said point also being the northeasterly corner of Lot 21.02 lands n/f Gary and Joyce Nokes (Deed Book 3544 Page 732) and thence;

(1)   North 72 degrees 03 minutes 56 seconds West, 518.76 feet to a point and thence;

(2)   North 16 degrees 30 minute 00 seconds East, 119.05 feet to a concrete monument and thence;

(3)   South 82 degrees 00 minutes 00 seconds East, 486.15 feet to a point in the westerly line of Frank Applegate Road and thence;

(4)   Along the same South 06 degrees 00 minutes 00 seconds West, 207.36 feet to the point or place of BEGINNING.

**AKA 52 Frank Applegate Road, Jackson, NJ 08527-2454**

It is further **ORDERED** that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.   Additionally, any purchaser of the property at sheriff's sale (or

2

*rev.11/14/18*

purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

3

*rev.11/14/18*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                        Case No. 19-22877-MBK

Kevin Kronseder                                                                    Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-3                        User: admin                                    Page 1 of 2

Date Rcvd: Dec 07, 2020              Form ID: pdf903                          Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kevin Kronseder, 52 Frank Applegate Road, Jackson, NJ 08527-2454 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2020                          Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York et al... dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing  LLC, as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006 bk@stewartlegalgroup.com |
| James J. Cerbone | on behalf of Debtor Kevin Kronseder cerbonelawfirm@aol.com  cerbonejr83307@notify.bestcase.com |

District/off: 0312-3                          User: admin                                    Page 2 of 2
Date Rcvd: Dec 07, 2020                       Form ID: pdf903                          Total Noticed: 1

Rebecca Ann Solarz

on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York et al... rsolarz@kmllawgroup.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7