JAMES J. CERBONE, ESQUIRE - 4036
2430 HIGHWAY 34
BUILIDNG B, SUITE 22
WALL, NJ 08736
(732) 681-6800
Attorney for Debtor

**Order Filed on April 6, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

IN RE:

**KEVIN KRONSEDER**

DEBTORS

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CHAPTER 13
CASE NO.: 19-22877/MBK

**ORDER REINSTATING THE AUTOMATIC STAY AS TO SPECIALIZED LOAN SERVICING, LLC**

The relief set forth on the following page, numbered two (2) is **ORDERED**.

**DATED: April 6, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtors: Kevin Kronseder

Case Number: 19-22877

Caption of Order:  Order Reinstating the automatic stay as to Specialized Loan Servicing, LLC

**THIS MATTER,** being brought, before this court by James J. Cerbone, P.C. attorney for Debtors, upon reading documents submitted and good cause being shown:

**ORDERED** that the automatic stay is reinstated as to Specialized Loan Servicing, LLC, it is further

**ORDERED** that debtors shall remain current with post-petition payments to Specialized Loan Servicing, LLC and that if post-petition delinquency is more than thirty (30) days late, counsel shall file a Certification of Default with the Court, a copy of which shall be sent to the Chapter 13 trustee, Debtors and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay.