UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

JAMES J. CERBONE, ESQUIRE-4036
2430 HIGHWAY 34
BUILDING B SUITE 22
WALL, NEW JERSEY 08736
(732) 681-6800
Attorney for debtor

In Re:

KEVIN KRONSEDER

Case No.:        _19-22877

Chapter:         ___13_____

Judge:           _MBK_____

# CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:     Kevin Kronseder_____
(Example: John Smith, creditor)

    Old address:    __52 Frank Applegate Rd
    ___            Jackson, NJ 08527_____
                  _____
                  _____

    New address:    _50 Koenig Dr_____
                  _Freehold, NJ 07728_____
                  _____

    New phone no.:_____
    (if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:   08/24/20218             _/s/Kevin Kronseder_
                                        Signature

*rev.2/1/16*